# United States District Court
## Western District of North Carolina
## Division

| | | |
|---|---|---|
| LINDA ALLEN KNOX, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:13-cv-00281 |
| | ) | 1:10-cr-00086 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 4, 2014 Order.

December 4, 2014

_Frank G. John_

Frank G. Johns, Clerk
United States District Court